UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SUSAN MASSEY and WILLIAM SCOTT MASSEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DETECTIVE D.L. HESS; KATHLEEN OELSCHLEGEL, individually and as member of the Prince William County, Virginia Police Department; OFFICER JASON WAGON, individually and as an officer and employee of the Chattanooga Police Department; OFFICER CURTIS MORRIS, individually and as an officer and employee of the Chattanooga Police Department; OFFICER KEITH JENNINGS, individually and as an officer and employee of the Chattanooga Police Department; and CITY OF CHATTANOOGA, TENNESSEE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

No. 1:05-CV-249

Judge Curtis L. Collier

## **O R D E R**

In accordance with the accompanying memorandum, the Court hereby **ORDERS** as follows:

(1) Defendants D.L. Hess and Kathleen Oelschlegel's ("Defendants") motion to dismiss (Court File No. 35) is **DENIED**;

(2) Plaintiffs Susan Massey and William Scott Massey ("Plaintiffs") **SHALL** effect service of process upon Defendants on or before **September 1, 2006**; and

(3) The Court **RESERVES** the right to reconsider dismissal under Rule 4(m) if Plaintiffs fail to properly serve Defendants on or before September 1, 2006.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2