UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SUSAN MASSEY and WILLIAM SCOTT MASSEY,  ) <br> ) <br> *Plaintiffs*,  ) <br> ) <br> v.  ) <br> ) <br> DETECTIVE D.L. HESS and KATHLEEN OELSCHLEGEL, individually and as a member of the Prince William County, Virginia Police Department; OFFICER JASON WAGNON, OFFICER CURTIS MORRIS, and OFFICER KEITH JENNINGS, individually and as officers and employees of the Chattanooga Police Department; and CITY OF CHATTANOOGA, TENNESSEE,  ) <br> ) <br> *Defendants*. | No. 1:05-CV-249 <br><br> Chief Judge Curtis L. Collier |

**O R D E R**

Before the Court is Defendants Jason Wagnon, Curtis Morris, Keith Jennings, and the City of Chattanooga's ("Defendants") motion to exceed the page limitations contained in the Local Rules of the Eastern District of Tennessee (Court File No. 81). Local Rule 7.1(b) provides briefs shall not exceed 25 pages in length unless otherwise ordered by the court. E.D.TN. LR7.1(b). Defendants request an order allowing them a four-page extension of this page limitation in their memorandum in support of their motion for summary judgment (Court File No. 83). Defendants submit this extension is necessary in order to adequately discuss the conflicting facts and multiple legal theories involved in this case.

The Court finds good cause to allow the filing of a brief in excess of the page limitation contained in the Local Rules. Accordingly, Defendants' motion (Court File No. 81) is

**GRANTED**.  The Court will consider Defendants' 29-page brief in support of their motion for summary judgment (Court File No. 83).

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**